

**SCANNED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PATRICIA LEO HOLLOMAN, et al., | ) |
| Plaintiffs, | ) |
|  | ) 08 CV 00211 |
| v. | ) Civ. |
|  | ) |
| NEW YORK STATE NURSES ASSOCIATION, | ) |
| Defendant. | ) |

## MOTION TO ADMIT COUNSEL (BETTY GRDINA) PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the

Southern and Eastern Districts of New York, I, David B. Goldstein, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of :

Betty Grdina
Heller, Huron, Cherokee, Lerner, Simon & Salzman
1730 M Street N.W. ,Suite 412
Washington, D.C. 20036
202- 293-8090
Fax: 202-293-7110

Betty Grdina is a member in good standing of the Bar of the State of Ohio and the

District of Columbia.  There are no pending disciplinary proceedings against Betty Grdina.

Dated:  January 10, 2008
New York, New York

Respectfully submitted,

David B. Goldstein, (DG 8291)
RABINOWITZ, BOUDIN, STANDARD, KRINSKY &
LIEBERMAN, P.C.
111 Broadway, Suite 1102
New York, NY 10006-1901
212-254-1111 x 103
(F) 212-674-4614

**PROOF OF SERVICE**

I hereby certify that on this 10th day of January 2008, I served a copy of the foregoing

Motion to Admit Counsel Pro Hac Vice by regular U.S. Mail, postage prepaid, on the New York

State Nurses Association, c/o Registered Agent, Richard Silber, 11 Cornell Rd., Latham, New

York 12110-1499.

David B. Goldstein

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PATRICIA LEO HOLLOMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | ___ Civ. ___ |
| | ) | |
| v. | ) | |
| | ) | |
| NEW YORK STATE NURSES ASSOCIATION, | ) | AFFIDAVIT OF DAVID |
| | ) | GOLDSTEIN IN SUPPORT OF |
| | ) | MOTION TO ADMIT COUNSEL |
| Defendant. | ) | (BETTY GRDINA) |
| | ) | PRO HAC VICE |
| | ) | |

State of New York    )
                     )    ss:
County of New York  )

David B. Goldstein, being duly sworn, hereby deposes and says as follows:

1.  I am a member of the law firm of Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C., counsel for the Plaintiffs in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based on personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Betty Grdina as counsel pro hac vice to represent Plaintiffs in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October 1986.  I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3.  I have known Betty Grdina since 2007.

4.  Ms. Grdina is Of Counsel at Heller, Huron, Chertkof, Lerner, Simon & Salzman,

P.L.L.C.  in Washington, D.C.

5.      I have found Ms. Grdina to be a skilled attorney and a person of integrity.  She is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.      Accordingly, I am pleased to move the admission of Betty Grdina, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Betty Grdina, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Betty Grdina, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: January 10, 2008
New York, New York

Notarized:


LISA VAZQUEZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01VA6127362
Qualified in Queens County
My Commission Expires May 23, 2009

Respectfully submitted,

David B. Goldstein, (DG 8291)
RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIEBERMAN, P.C.
111 Broadway, Suite 1102
New York, NY 10006-1901
212-254-1111 x 103
(F) 212-674-4614

2



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

ELIZABETH A. GRDINA

was on the    1ST    day of    APRIL, 1996

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on
December 20, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

# The Supreme Court of Ohio

C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Elizabeth Anne Grdina

was admitted to the practice of law in Ohio on November 06, 1981; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 21st day of December, 2007.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK


| | | |
|---|---|---|
| PATRICIA LEO HOLLOMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | ___ Civ. ____ |
| | ) | |
| v. | ) | |
| | ) | |
| NEW YORK STATE NURSES ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER FOR ADMISSION PRO HAC VICE OF BETTY GRDINA ON WRITTEN MOTION**

Upon the motion of David B. Goldstein, attorney for Plaintiffs Holloman, Samuels, and

Sheridan-Gonzales, and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

Betty Grdina
Heller, Huron, Cherokee, Lerner, Simon & Salzman
1730 M Street N.W. ,Suite 412
Washington, D.C. 20036
202- 293-8090
Fax: 202-293-7110
bettygrdina@hellerhuron.com

Is admitted to practice pro hac vice as counsel for Plaintiffs Holloman, Samuels, and Sheridan-

Gonzales in the above-captioned case in the United States District Court for the Southern District

of New York.  All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
New York, New York


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE