IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PATRICIA LEO HOLLOMAN, et al.,

    Plaintiffs,

v.

NEW YORK STATE NURSES ASSOCIATION,

    Defendant.

08 Civ. 211 (LAP)

## ORDER FOR ADMISSION PRO HAC VICE OF BETTY GRDINA ON WRITTEN MOTION

Upon the motion of David B. Goldstein, attorney for Plaintiffs Holloman, Samuels, and Sheridan-Gonzales, and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

Betty Grdina
Heller, Huron, Cherokee, Lerner, Simon & Salzman
1730 M Street N.W., Suite 412
Washington, D.C. 20036
202-293-8090
Fax 202-293-7110
bettygrdina@hellerhuron.com

Is admitted to practice pro hac vice as counsel for Plaintiffs Holloman, Samuels, and Sheridan-Gonzales in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

**SO ORDERED**

_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

January 17, 2008