IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

> ┌─────────────────────────┐
> │ ......URY                │
> │ DOCUMENT                 │
> │ ELECTRONICALLY FILED     │
> │ DOC #: _____  │
> │ DATE FILED: 1/17/08      │
> └─────────────────────────┘

PATRICIA LEO HOLLOMAN, et al.,                    )
                                                  )
                         Plaintiffs,              )     08 Civ. 211 (LAP)
                                                  )
            v.                                    )
                                                  )
NEW YORK STATE NURSES ASSOCIATION,                )
                                                  )
                         Defendant.               )

## ORDER FOR ADMISSION PRO HAC VICE OF CHARLES R. BOTH
## ON WRITTEN MOTION

Upon the motion of David B. Goldstein, attorney for Plaintiffs Holloman, Samuels, and

Sheridan-Gonzales, and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

Charles R. Both
Law Offices of Charles R. Both
1666 Connecticut Ave. N.W., Suite 500
Washington, D.C. 20009
202-833-9060
Fax: 202-463-6686
chas@crbothlaw.com

Is admitted to practice pro hac vice as counsel for Plaintiffs Holloman, Samuels, and Sheridan-

Gonzales in the above-captioned case in the United States District Court for the Southern District

of New York. All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

SO ORDERED

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

January 17, 2008