IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA LEO HOLLOMAN, et al, ) | |
| ) | |
| Plaintiffs, ) | 08 CV 00211 (LAP) |
| ) | Electronic Case Filing |
| v. ) | |
| ) | |
| NEW YORK STATE NURSES ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE and**
**REQUEST FOR ELECTRONIC NOTIFICATION**

Betty Grdina hereby enters her appearance as co-counsel with Charles R. Both and David B. Goldstein on behalf of plaintiffs Holloman, Samuels and Sheridan-Gonzalez. Betty Grdina requests electronic notification of filings in this action.

/s/
Betty Grdina  (DC Bar #450346)
Admitted *pro hac vice* to SDNY
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW, Suite 412
Washington, DC  20036
(202) 293-8090
Fax: 202-293-7110
Email: bettygrdina@hellerhuron.com

Attorney for plaintiffs

**CERTIFICATE OF SERVICE**

The foregoing document has been filed electronically pursuant to the Electronic Filing System, SDNY ECF Procedures 8a.  A courtesy copy of the foregoing Notice of Appearance has been submitted to the chambers of Judge Loretta Preska, pursuant to the Court's Individual Practices, No. 2B.  I further certify that on this 23rd day of January 2008, I served a paper copy of the foregoing Notice of Appearance by regular U.S. Mail, postage prepaid, on the New York State Nurses Association, c/o Registered Agent, Richard Silber, 11 Cornell Rd., Latham, New York 12110-1499, and on James Murphy, Spivak, Lipton LLP, 1700 Broadway, Suite 2100, New York, NY 10019.

/s/
Betty Grdina