AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

PATRICIA LEO HOLLOMAN,
LORNA SAMUELS, and JUDY
SHERIDAN-GONZALEZ,
          Plaintiffs,

v.

NEW YORK STATE NURSES
ASSOCIATION,
          Defendant.

**APPEARANCE**

Case Number: 08 CV 00211 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     Defendant.

I certify that I am admitted to practice in this court.

1/31/2008
Date

Signature: [signed] Hope Pordy

Hope A. Pordy     (HP 6253)
Print Name     Bar Number

Spivak Lipton LLP, 1700 Broadway, Suite 2100
Address

New York     NY     10019
City     State     Zip Code

(212) 765-2100     (212) 765-8954
Phone Number     Fax Number