```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```

PROSKA/J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PATRICIA LEO HOLLOMAN, LORNA SAMUELS, and JUDY SHERIDAN-GONZALEZ, <br><br> Plaintiffs, <br><br> v. <br><br> NEW YORK STATE NURSES ASSOCIATION, <br><br> Defendant. | 08 CV 00211 (LAP) |

### STIPULATION EXTENDING
### DEFENDANT'S TIME TO ANSWER

IT IS HEREBY STIPULATED that defendant's time to move, answer or otherwise respond to the Complaint in the above-captioned matter is extended to and including March 3, 2008.

Dated: New York, New York
January 31, 2008

| HELLER, HURON, CHERTKOF, LERNER, SIMON & SALZMAN | SPIVAK LIPTON LLP |
|---|---|
| *[signature]* | *[signature]* |
| Betty Grdina (D.C. Bar #450346) | Franklin K. Moss (FM 9164) |
| bettygrdina@hellerhuron.com | fmoss@spivaklipton.com |
| 1730 M Street, N.W., Suite 412 | Hope Pordy (HP 6253) |
| Washington, D.C. 20036 | hpordy@spivaklipton.com |
| Ph: 202.293.8090 | 1700 Broadway, 21st Floor |
| Fax: 202.293.7110 | New York, New York 10019 |
|  | Ph: 212.765.2100 |
|  | Fax: 212.541.5429 |

1

RABINOWITZ, BOUDIN, STANDARD,
KRINSKY & LIEBERMAN, P.C.
David B. Goldstein (DG 8291)
dgoldstein@rbskl.com
111 Broadway, Suite 1102
New York, New York 10006-1901

Charles R. Both (D.C. Bar#42424)
chas@crbothlaw.com
1666 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20009
Ph:   202.833.9060
Fax:  202.463.6686

SO ORDERED:

*[signature]*

Hon. Loretta A. Preska
U.S.D.J.

February 4, 2008

2