AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

PATRICIA LEO HOLLOMAN,
LORNA SAMUELS, and JUDY
SHERIDAN-GONZALEZ,
         Plaintiffs,

v.

NEW YORK STATE NURSES
ASSOCIATION,
         Defendant.

**APPEARANCE**

Case Number: 08 CV 00211 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Defendant.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/21/2008 | _/s/ Franklin K. Moss_ |
| Date | Signature |
| | Franklin K. Moss     (FM 9161) |
| | Print Name     Bar Number |
| | Spivak Lipton LLP, 1700 Broadway, Suite 2100 |
| | Address |
| | New York     NY     10019 |
| | City     State     Zip Code |
| | (212) 765-2100     (212) 765-8954 |
| | Phone Number     Fax Number |