IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA LEO HOLLOMAN,
LORNA SAMUELS, and JUDY
SHERIDAN-GONZALEZ,

    Plaintiffs,

v.

NEW YORK STATE NURSES
ASSOCIATION,

    Defendant.

ECF

08 CV 00211 (LAP)

**RULE 7.1 STATEMENT**

---

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant certifies that the following are corporate parents, subsidiaries, or affiliates of those parties:

  **NONE.**

Dated: New York, New York
   March 3, 2008

            Respectfully submitted,

            SPIVAK LIPTON LLP
            Attorneys for Defendant
            New York State Nurses Association
            1700 Broadway, Suite 2101
            New York, New York 10019
            (212) 765-2100

            By: /s/  Franklin K. Moss
              Franklin K. Moss (FM 9161)
              Hope Pordy (HP 6253)