IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| PATRICIA LEO HOLLOMAN, LORNA SAMUELS, and JUDY SHERIDAN-GONZALEZ, | : : : : : | |
| Plaintiffs, | : : | ECF<br>08 CV 00211 (LAP) |
| v. | : : | **NOTICE OF MOTION**<br>**FOR PARTIAL DISMISSAL** |
| NEW YORK STATE NURSES ASSOCIATION, | : : : | |
| Defendant. | : : | |

---

**PLEASE TAKE NOTICE** that, upon the pleadings and papers on file in this action, the accompanying Memorandum of Law, and oral argument presented at the hearing on this motion, Defendant New York State Nurses Association will move this Court before the Honorable Loretta A. Preska at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 1320, on a date and at a time to be set by the Court or as soon as thereafter as counsel may be heard for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendant's motion (1) to dismiss Count IV of the Complaint; (2) to dismiss Count V of the Complaint, or in the alternative, to dismiss in Count V of the Complaint the claim arising under New York Business Corporation Law § 717 and the claim for damages under New York Business Corporation Law § 706; and (3) to award

such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       March 3, 2008

                                    Respectfully submitted,

                                    SPIVAK LIPTON LLP
                                    Attorneys for Defendant
                                    New York State Nurses Association
                                    1700 Broadway, Suite 2101
                                    New York, New York 10019
                                    Tel: (212) 765-2100
                                    Fax: (212) 765-8954

                                    By: /s/  Franklin K. Moss
                                            Franklin K. Moss (FM 9161)
                                            Hope Pordy (HP 6253)