IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA LEO HOLLOMAN,
LORNA SAMUELS, and JUDY
SHERIDAN-GONZALEZ,

        Plaintiffs,

v.

NEW YORK STATE NURSES
ASSOCIATION,

        Defendant.

08 CV 00211 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

---

**STIPULATION EXTENDING TIME TO FILE OPPOSITION AND REPLY PAPERS
IN CONNECTION WITH DEFENDANT'S MOTION FOR PARTIAL DISMISSAL**

IT IS HEREBY STIPULATED that plaintiffs' time to file their opposition to defendant's motion for partial dismissal in the above-captioned matter is extended to and including April 14, 2008, and that defendant's time to file their reply is extended to and including May 5, 2008.

Dated: New York, New York
       March 20, 2008

HELLER, HURON, CHERTKOF, LERNER,
SIMON & SALZMAN

_____
Betty Grdina (D.C. Bar #450346)
*admitted pro hac vice in SDNY
bettygrdina@hellerhuron.com
1730 M Street, N.W., Suite 412
Washington, D.C. 20036
Ph:    202.293.8090
Fax:   202.293.7110

SPIVAK LIPTON LLP

_____
Franklin K. Moss (FM 9161)
fmoss@spivaklipton.com
Hope Pordy (HP 6255)
hpordy@spivaklipton.com
1700 Broadway, 21st Floor
New York, New York 10019
Ph:    212.765.2100
Fax:   212.541.5429

1

RABINOWITZ, BOUDIN, STANDARD,
KRINSKY & LIEBERMAN, P.C.
David B. Goldstein (DG 8291)
dgoldstein@rbskl.com
111 Broadway, Suite 1102
New York, New York 10006-1901

Charles R. Both (D.C. Bar#42424)
*admitted pro hac vice in SDNY
chas@crbothlaw.com
1666 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20009
Ph:   202.833.9060
Fax:  202.463.6686

SO ORDERED:

*/s/ Loretta A. Preska*

Hon. Loretta A. Preska
U.S.D.J.

March 22, 2008

2