USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

PRESKA J.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA LEO HOLLOMAN,
LORNA SAMUELS, and JUDY
SHERIDAN-GONZALEZ,

        Plaintiffs,

v.

NEW YORK STATE NURSES
ASSOCIATION,

        Defendant.

08 CV 00211 (LAP)

---

### Stipulation of Withdrawal of Count V of the Complaint With Prejudice Pursuant to Rule 41(a)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties to the above-captioned action, that Count V of the Complaint filed by Plaintiffs on January 10, 2008, is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and without costs or attorneys' fees to any party.

Dated:    New York, New York
            April 11, 2008

| | |
|---|---|
| HELLER, HURON, CHERTKOF, LERNER, SIMON & SALZMAN | SPIVAK LIPTON LLP |

*[signature]*  *[signature]*

Betty Grdina (D.C. Bar #450346)
\*admitted pro hac vice in SDNY
bettygrdina@hellerhuron.com
1730 M Street, N.W., Suite 412
Washington, D.C. 20036
Ph:  202.293.8090
Fax: 202.293.7110

Franklin K. Moss (FM 9161)
fmoss@spivaklipton.com
Hope Pordy (HP 6253)
hpordy@spivaklipton.com
1700 Broadway, 21st Floor
New York, New York 10019
Ph:  212.765.2100
Fax: 212.541.5429

RABINOWITZ, BOUDIN, STANDARD,
KRINSKY & LIEBERMAN, P.C.
David B. Goldstein (DG 8291)
dgoldstein@rbskl.com
111 Broadway, Suite 1102
New York, New York 10006-1901

Charles R. Both (D.C. Bar #42424)
\*admitted pro hac vice in SDNY
chas@crbothlaw.com
1666 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20009
Ph:  202.833.9060
Fax: 202.463.6686

SO ORDERED:

*[signature]*

Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York

*April 14, 2008*