USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

Presko/5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA LEO HOLLOMAN et al.,

        Plaintiffs,

v.

NEW YORK STATE NURSES
ASSOCIATION,

        Defendant.

08 CV 00211 (LAP)
ECF

---

### ORDER GRANTING LEAVE FOR PLAINTIFFS' TO FILE SURREPLY IN OPPOSITION TO MOTION TO DIISMISS

On Plaintiffs' Motion for Leave to File Proposed Surreply in Opposition to Defendant's Motion for Partial Dismissal, and for good cause shown, the motion is granted and Plaintiffs' Surreply Brief, attached as Exhibit A to the Motion for Leave, is hereby ordered filed.

SO ORDERED:

May 27, 2008

*Loretta A. Presky*
Hon. Loretta A. Preska
United States District Judge

1